■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON HUTCHINSON, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), rendered on September 15, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Asch, Kassal and Ellerin, JJ.

■ In the Matter of GENE CRESCENZI.—Motion granted only insofar as to appoint the Departmental Disciplinary Committee for the First Judicial Department to inventory respondent's files and to take such action as it may deem necessary and appropriate to protect the interests of respondent's clients, and the motion is otherwise denied, with leave to renew, all as indicated in the order of this court; and the cross motion to vacate the order of suspension is denied. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.